# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW KURTENBACH, | Case No. 21-CV-2378 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| PAUL SCHNELL, TRACY BELTZ, JAMI DOEDEN, LAURA WESTPHAL, and MELISSA RICHER, | |
| Defendants. | |

The Court has received the January 19, 2022 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 6.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 6) is ACCEPTED; and

2. The action is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 22, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge